**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-2608**

―――――――――――

JOHN J. "SWARTZ" TRENT,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.
(CA-98-72-L)

―――――――――――

Submitted:  December 15, 1998       Decided:  January 15, 1999

―――――――――――

Before HAMILTON and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

―――――――――――

Affirmed in part and dismissed in part by unpublished per curiam opinion.

―――――――――――

John J. Trent, Appellant Pro Se.  James Walter Hopper, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John J. "Swartz" Trent appeals the district court's orders dismissing as frivolous his claim for money damages against the State of Virginia and denying injunctive relief. We have reviewed the record and the district court's order dismissing his claim for money damages as frivolous and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Trent v. Virginia, No. CA-98-72-L (W.D. Va. Oct. 15, 1998). Because the injunctive relief Trent sought is no longer available, we dismiss as moot his appeal from the district court's order denying the injunction. See Valley Forge Christian College v. Americans United for Separation of Church & State, Inc., 454 U.S. 464, 472 (1982) (requirement for actual controversy is injury capable of being redressed by favorable decision against defendant). We deny Trent's motion to assign another district court judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART

2